UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BLOOMINGBURG JEWISH
EDUCATION CENTER, et al.,

      Plaintiffs,

 -against-

VILLAGE OF BLOOMINGBURG,
NEW YORK, et al.,

      Defendants.

**Hon. Cathy Seibel**

**Courtroom 621**

**Index No. 14-cv-7250 (CS)**

### PLAINTIFFS' AMENDED NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Steven A. Engel, dated October 7, 2014 in support of Plaintiffs' Motion for a Preliminary Injunction, and the accompanying Memorandum of Law, Plaintiffs The Bloomingburg Jewish Education Center, Sullivan Farms II, Inc., Learning Tree Properties, LLC, Malka Rosenbaum, Sheindel Stein, Commercial Corner, LLC, and Winterton Properties, LLC (collectively, "Plaintiffs"), by and through their attorneys, Dechert LLP and Whiteman Osterman & Hanna LLP, will move before this Court at 300 Quarropas Street, White Plains, New York, 10601, as soon thereafter as counsel may be heard, for a preliminary injunction pursuant to Fed R. Civ. P. 65 enjoining the various defendants from enforcing Local Law No. 6, the building moratorium.

Dated: New York, New York
       October 7, 2014

Respectfully submitted,

DECHERT LLP

By: /s/ Steven A. Engel
Steven A. Engel
Michael H. Park
K. Keely Rankin
1095 Avenue of the Americas
New York, New York 10036
(212) 698-3500
(212) 698-3599 (facsimile)
steven.engel@dechert.com

WHITEMAN OSTERMAN & HANNA LLP

John J. Henry
Robert S. Rosborough IV
One Commerce Plaza
Albany, New York 12260
(518) 487-7600
(518) 487-7777 (facsimile)
jhenry@woh.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BLOOMINGBURG JEWISH
EDUCATION CENTER, et al.,

                Plaintiffs,

    -against-

VILLAGE OF BLOOMINGBURG,
NEW YORK, et al.,

                Defendants.

**Hon. Cathy Seibel**

**Index No. 14-cv-7250 (CS)**

## CERTIFICATE OF SERVICE

      I hereby certify that on October 7, 2014, I served the foregoing **Plaintiffs' Amended Notice of Motion for a Preliminary Injunction** through the Court's CM/ECF system upon all registered electronic filers appearing in this case.

Terry Rice, Esq.
Four Executive Boulevard, Suite 100
Suffern, New York 10901
 (845) 357-4000
tr0823@msn.com

*Attorneys for Defendants Town of*
*Mamakating, the Town Board of the Town of*
*Mamakating, the Planning Board of the Town*
*of Mamakating and William Herrmann*

And by electronic mail to smogel@sullivancountylawyers.com, and regular first class mail upon the following parties on October 7, 2014:

Steven N. Mogel
457 Broadway, Suite 16A
Monticello, New York 12701
(845) 791-4303
smogel@sullivancountylawyers.com

Frank Gerardi
4 Main Street
Bloomingburg, NY 12721-4635

Eileen Rogers
1051 South Rd
Wurtsboro, NY 12790

Katherine Roemer
9 Winterton Rd
Bloomingburg, NY 12721

James Johnson
51 Main St
Bloomingburg, NY 12721

The Village of Bloomingburg
13 N Rd
Bloomingburg, NY 12721

The Village Board of Trustees of the Village of Bloomingburg
13 N Rd
Bloomingburg, NY 12721

Dated:  October 7, 2014                             /s/ Steven A. Engel
                                                                Steven A. Engel