UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BLOOMINGBURG JEWISH
EDUCATION CENTER, et al.,

                Plaintiffs,

  -against-

VILLAGE OF BLOOMINGBURG,
NEW YORK, et al.,

                Defendants.

**Hon. Cathy Seibel**

**Index No. 14-cv-7250**

# [PROPOSED] ORDER GRANTING
## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

THIS MATTER having been brought before the Court by Plaintiffs The Bloomingburg Jewish Education Center, Sullivan Farms II, Inc., Learning Tree Properties, LLC, Malka Rosenbaum, Sheindel Stein, Commercial Corner, LLC, and Winterton Properties, LLC (collectively, "Plaintiffs") pursuant to Fed. R. Civ. P. 65 for a preliminary injunction enjoining Defendants Village of Bloomingburg, New York (the "Village"), the Village Board of Trustees of the Village of Bloomingburg, Frank Gerardi, Eileen Rogers, Katherine Roemer, and James Johnson from enforcing Local Law No. 6, which has imposed a building moratorium in the Village; and the Court having considered the papers submitted by the parties, and the oral arguments of counsel presented on _____, 2014; and good cause appearing,

1

IT IS HEREBY ORDERED THAT, Plaintiffs' motion for a preliminary injunction is GRANTED.

So Ordered this __ day of _____, 2014

                                                                                           _____
                                                                                           The Honorable Cathy Seibel