UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

THE BLOOMINGBURG JEWISH : 14-CV-7250 (CS)
EDUCATION CENTER, et al.,
                                      :
             Plaintiffs,         **ECF CASE**
                                       :
  - against -                                             **NOTICE OF**
                                       :         **APPEARANCE**
VILLAGE OF BLOOMINGBURG,
NEW YORK, et al.,                             :

            Defendants.        :

------------------------------------------------x

      **PLEASE TAKE NOTICE** that the undersigned hereby appears in this action as counsel for Defendants VILLAGE OF BLOOMINGBURG, NEW YORK; VILLAGE BOARD OF TRUSTEES OF THE VILLAGE OF BLOOMINGBURG, NEW YORK; FRANK GERARDI, individually and in his official capacity as Mayor; EILEEN ROGERS, individually and in her official capacity as Village Clerk; PLANNING BOARD OF THE VILLAGE OF BLOOMINGBURG, NEW YORK; ANDREW FINNEMA, individually and in his former official capacity as Planning Board member; ANN HAENELT, individually and in her former official capacity as Planning Board member; JOSEPH B. ROE, individually and in his former official capacity as Planning Board member; KATHERINE ROEMER, individually and in her official capacity as Trustee; and JAMES JOHNSON, individually and in his official capacity as Trustee (collectively, the "BLOOMINGBURG DEFENDANTS"), and demands that a copy of all notices and other papers in this action be served upon the undersigned at the address stated below. The undersigned certifies that the below named attorneys are admitted to practice in this Court.

Dated: October 10, 2014                                   ZARIN & STEINMETZ
      White Plains, New York

                                                               By: _____
                                                                    Michael D. Zarin (MDZ-6692)
                                                                    mzarin@zarin-steinmetz.com

                                                               By: _____
                                                                    Jody T. Cross (JTC-1433)
                                                                    jcross@zarin-steinmetz.com

                                                                *Attorneys for the*
                                                                *Bloomingburg Defendants*
                                                                81 Main Street, Suite 415
                                                                White Plains, New York 10601
                                                                (914) 682-7800

## CERTIFICATION

This is to certify that a copy of the foregoing Notice of Appearance was filed through the Court's ECF system on October 10, 2014, with a courtesy copy served by first class mail, postage prepaid, upon the following:

Terry August Rice
Rice & Amon
Four Executive Boulevard, Suite 100
Suffern, NY 10901
(914) 357-4000
tr0823@msn.com
*Attorneys for Mamakating Defendants*

John J. Henry, Esq.
Robert Stevenson Rosborough, Esq.
Whiteman Osterman & Hanna L.L.P.
One Commerce Plaza
Albany, NY 12260
(518) 487-7650
jhenry@woh.com
rrosborough@woh.com
*Attorneys for Plaintiffs*

Katherine Keely Rankin, Esq.
Michael Hun Park, Esq.
Dechert, LLP (NYC)
1095 Avenue of the Americas
New York, NY 10036-6797
(212) 698-3500
keely.rankin@dechert.com
michael.park@dechert.com
*Attorneys for Plaintiffs*

Steven A. Engel, Esq.
Dechert, LLP (DC)
1341 27th Street NW
Washington, DC 20007
(202) 261-3403
steven.engel@dechert.com
*Attorneys for Plaintiffs*

By: /s/ Jody T. Cross
Jody T. Cross (JTC-1433)
Zarin & Steinmetz
81 Main Street, Suite 415
White Plains, New York 10601
(914) 682-7800