UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

THE BLOOMINGBURG JEWISH
EDUCATION CENTER, et al.,

                Plaintiffs,

-against-

VILLAGE OF BLOOMINGBURG,
NEW YORK, et al.,

                Defendants.

Hon. Cathy Seibel

Index No. 14-cv-7250

ECF Case



## NOTICE OF WITHDRAWAL APPEARANCE

**PLEASE TAKE NOTICE** that I, K. Keely Rankin, hereby respectfully withdraw my appearance as counsel for Plaintiffs and request removal from service of any further pleadings in connection with the above-captioned matter. After November 13, 2014 I will no longer be employed by or otherwise affiliated with Dechert LLP, counsel of record for Plaintiffs.

Dechert LLP remains as counsel for Plaintiffs in this matter and the appearances by other Dechert LLP attorneys are unaffected by this request.

Dated: New York, New York
       November 13, 2014

DECHERT LLP

By: _____
K. Keely Rankin
keely.rankin@dechert.com
1095 Avenue of the Americas
New York, New York 10036-6797
Tel.:(212) 698-3500
Fax: (212) 698-3599

SO ORDERED:

_Cathy Seibel_
U.S.D.J. / U.S.M.J.

Dated: 12/3/14  White Plains, New York