UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BLOOMINGBURG JEWISH EDUCATION CENTER, INC. ET AL,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE VILLAGE OF BLOOMINGBURG, ET AL,<br><br>    Defendants | Case No.: 14 –CV-07250-KBF<br><br>NOTICE OF MOTION TO QUASH NON-PARTY DISCOVERY SUBPOENAS |

PLEASE TAKE NOTICE that upon the accompanying Memorandum, and the declaration of Alan M. Goldston, dated March   2015, and the Exhibits thereto, and upon all other relevant papers filed and proceedings had, the subpoena-respondents Rural Community Coalition, Inc., Anita Hoppe, Teek Persaud and Holly Roche ("Movants") will move this court at the United States Courthouse, 300 Quarropas Street, White Plains, NY on a date and time to be determined by the Court, for an order quashing the subpoenas for the production of documents and appearance for deposition, issued by plaintiffs' counsel Dechert LLP to movants on or about March 9, 2015, on the grounds that such subpoenas, and each of them, are unreasonable and oppressive on their face, unduly burdensome, improperly intrusive into and burdensome upon Constitutionally protected activities, beyond the scope of the litigation, and so poorly drawn as to make compliance unreasonably difficult, all as more particularly specified in the declaration of Alan M. Goldston, submitted herewith.

Dated this March 20, 2015

Alan M. Goldston, Esq.

s/*Alan M. Goldston*
attorney for the above movants
164 White Rd.

MOTION TO QUASH- 1

Scarsdale, New York 10583
914-907-2234
Fx 914-725-7499
Email: nycounsel@msn.com

To:
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036

SOKOLOFF STERN LLP
179 Westbury Ave.
Carle Place, New York 11514
(516) 334-4500

WHITEMAN OSTERMAN & HANNA LLP
One Commerce Plaza
Albany, NY 12260

ZARIN & STEINMETZ
81 Main Street, Suite 415
White Plains, NY 10601

**VIA EMAIL AND ECF**