

1095 Avenue of the Americas
New York, NY  10036-6797
+1  212  698  3500  Main
+1  212  698  3599  Fax
www.dechert.com

**STEVEN A. ENGEL**

steven.engel@dechert.com
+1 212 698 3693  Direct
+1 212 698 3599  Fax

October 25, 2016

**VIA ECF**

Hon. Katherine B. Forrest
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     *Bloomingburg Jewish Educ. Ctr. v. Village of Bloomingburg*, No. 14-cv-07250 (KBF)

Dear Judge Forrest:

On behalf of all parties, I write to inform the Court that the parties have entered into a Settlement Agreement in this matter.  The Settlement Agreement provides, in relevant part, that Defendants' respective insurance carriers shall make a payment to Plaintiffs within 30 days, at which point the parties shall jointly execute a stipulation of dismissal of this action.  The parties very much appreciate the time and attention that the Court has paid to this matter over the course of the litigation.

In view of the impending settlement, **the Parties respectfully request that the Court remove this case from the trial calendar and stay the action pending the closing of the Settlement.**

Respectfully,

/s/ *Steven A. Engel*

Steven A. Engel

cc:     Counsel of Record (via ECF)