USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 25, 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
SULLIVAN FARMS II, INC. et al., :
:
               Plaintiff, :      14-cv-7250 (KBF)
:
               -v- :         ORDER
:
VILLAGE OF BLOOMINGBURG, NEW YORK :
et al., :
:
             Defendant. :
                                            X
-----------------------------------------------------------------

KATHERINE B. FORREST, District Judge:

       On Tuesday, October 25, 2016, the parties informed the Court that they have entered into a settlement agreement. (ECF No. 346.) Accordingly, this action is discontinued without costs to any party and without prejudice to restore the action to this Court's calendar if such an application is made not later than **Monday, November 28, 2016**.

       Any application to reopen **must** be filed by the above date; any application to reopen filed thereafter may be denied solely on that basis.

       All other dates and deadlines in this matter are ADJOURNED.

      The Clerk of Court is directed to terminate this action.

      SO ORDERED.

Dated:     New York, New York
             October 25, 2016

                                        KATHERINE B. FORREST
                                        United States District Judge