# AVROM R. VANN, P.C.
ATTORNEY-AT-LAW
1211 AVENUE OF THE AMERICAS-40TH FLOOR
NEW YORK, NEW YORK 10036-8718

(212) 382-1700

AVROM R. VANN, P.C.*

FACSIMILE NO. (212) 661-6976

*MEMBER NEW YORK
AND NEW JERSEY BARS

> *Ordered*
> *The matter before this Court is permanently closed. Ms. Rosenbaum should proceed in a court of competent jurisdiction with a new matter, if appropriate.*
> *KBF Jo*
> *7/12/18*

July 12, 2018

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RE: Our Client: Malka Rosenbaum
The Bloomingburg Jewish Education Center, et al. v. Village of Bloomingburg, New York et al.
United States District Court Docket Number: 14-cv-07250

Dear Judge Forrest:

I have been retained by Mrs. Malka Rosenbaum in connection with an ongoing dispute between Mrs. Malka Rosenbaum and her former counsel, Dechert LLP ("Dechert"), pertaining to the fact that after this case was settled for Two Million Nine Hundred Thousand Dollars ($2,900,000.00), Dechert advised Mrs. Rosenbaum that the entire proceeds of the settlement were going to be applied to legal fees and no funds were available to Mrs. Rosenbaum and her family out of the Two Million Nine Hundred Thousand Dollars ($2,900,000.00) settlement fund; however, Dechert offered to send the meager sum of Five Thousand Dollars ($5,000.00) to Mrs. Rosenbaum to compensate her for time and expenses.

On behalf of Mrs. Rosenbaum I believe that I have two possible courses of action to take which are:

1. A proceeding before this Court, being the Court in which the entire case was handled, to determine the entitlement of Mrs. Rosenbaum and her infant children to a portion of the settlement proceeds; or

2. The commencement of an entirely new lawsuit on behalf of Mrs. Rosenbaum and her minor children against Dechert in the Supreme Court of the State of New York to resolve Mrs. Rosenbaum's claim to a portion of the settlement proceeds.